**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | PDQ COMMUNICATIONS, INC. | 1/6/2023 | 266205 | Check | $ 6,250.00 |
| Akorn Operating Company, LLC | PDQ COMMUNICATIONS, INC. | 1/6/2023 | 266443 | Check | $ 27,506.00 |
| | | | | | $ 33,756.00 |